CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 02/19/2010 Time: 9:30

FILED
FEB 19 2010
Clerk
U.S. Bankruptcy Court for D.C.

08-00686 Olga E Roemer : Chapter 13

Ronald L. Schwartz representing Olga E Roemer (Debtor)
Cynthia A. Niklas (Trustee)

CONFIRMATION HEARING
[84] Notice of Continued Hearing October 23, 2009 Filed
by Cynthia A. Niklas (Re: Related Document(s) #:Meeting (AutoAssign
Chapter 13), [69] Hearing Continued.) Confirmation hearing
to be held on 10/23/2009 at 9:30 AM Courtroom 1 for [],.

Movant: Cynthia Niklas (no aty)

OTHER PERTINENT DOCKET ENTRIES:

DE# 11 SCHA-J                              DE# 66 AMD SCH I+J
    13 22C                                     67 22
    14 13PLN                                   69 HRG SUM
DE# 22 AMD SCH I)                          DE# 70 2ND AMD 13PLN
    25- TR'S OBJ                               72 USB ANK OBJ
DE# 46 AMD 13PLN                           DE# 74 USB ANK OBJ
    44 TR'S OBJ                                78 TR'S OBJ
DE# 47 US BANK OBJ                         DE# 107 MEM DECISION & ORDER

DISPOSITIONS:
    Granted    _____        Sustained   _____       Denied     _____
    Overruled  _____        Withdrawn   _____       Under Adv. _____
    Moot       _____        Consent     _____       Dismissed  _____
    Continued to: _____, 20____, AT ____:____ ____.M.
    Proposed Order To Be Submitted By ____/____/____
              By [ ]Court    [ ]Movant    [ ]Opposing Party    [ ]Trustee  [ ]Jointly
DECISION:
[ ] Signed by Court       [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel              [ ] Court
    [ ] Respondent's counsel          [ ] Other _____
NOTES:

$50,000 min.    $600 "13 n"    $900 March pymt
                                    w/ review of returns

Court allowed stripdown of 2d and writedown 2d to value — parties not in agreement as to value
— 415k vs. 405k. D has escrowed all pp. $30,000 in escrow acct. Remortgd @ 6%.
Cr's atty (Wells Fargo) refuses to consent to the value & reamortize interest rate.

Amended plan, and Wells Fargo's secured cl. fixed in litign
                                         and pd. @ amortzd 30-yr.
                                         rate necessary to yrs in
                                         /20 yrs.

/s/ S. Martin Teel

S. Martin Teel, Jr., United States Bankruptcy Judge