UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 30 2010
Clerk, U.S. District and
Bankruptcy Courts

IN RE:                                          :
                                                :   Case No.: 08-00686
OLGA EVA ROEMER    Debtor.                      :
                                                :
                    Plaintiff,                  :
                                                :   Adversary Proceeding No.:
        v.                                      :
                                                :
                    Defendant.                  :

## PRAECIPE

This 30 day of MARCH, 20 10,

THE CLERK OF COURT WILL _____

Change of address:
Old mailing address: 200-K St. NW.
Unit 213
Washington, DC. 20001
New mailing address:
912 F. St. NW, Unit 703
Washington, DC 20001

E-mail: Yeddah1991@AOL.com

Signature: Olga Eva Roemer

Name (Printed): OLGA EVA ROEMER

Address: 912 F. St. NW, #703
Washington, DC 20004

Phone Number: 202-255-2335

Attorney For: _____