The order below is hereby signed.

Signed: April 19, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>OLGA E. ROEMER<br>A/K/A EVA CLAIRE ROEMER<br><br>    Debtor | Case No. 08-00686-SMT<br>(Chapter 13) |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE<br><br>    Plaintiff<br><br>  v.<br><br>OLGA E. ROEMER<br>A/K/A EVA CLAIRE ROEMER<br><br>    Defendant | |

**CONSENT ORDER RESOLVING OBJECTION TO CLAIM AND
MOTION TO AVOID LIEN**

UPON CONSIDERATION of the Objection to Proof of Claim filed by Olga Roemer (Docket Entry #33), the Motion to Avoid Lien filed by Olga Roemer (Docket Entry #39), and all responses thereto, and good cause having been shown; and

James E. Clarke #460826
Renee Dyson #488740
Atlantic Law Group, LLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175
(703) 777-7101

**WHEREAS**, on or about May 14, 2006, the Debtor executed and delivered to Wells Fargo Bank, N.A. a Note in the amount of FIVE HUNDREED NINETEEN THOUSAND FIVE HUNDRED and 00/100 dollars ($519,500.00) plus interest at the rate of 6.675% per annum, attorneys' fees, costs and late charges to be paid over thirty (30) years; and

**WHEREAS**, to secure the repayment of the sums due under the Note, the Debtor executed and delivered to Wells Fargo Bank, N.A. a Deed of Trustee dated May 15, 2006 encumbering the real property ("Property") described as:

```
THE FOLLOWING DESCRIBED LAND AND PREMISES, WITH IMPROVEMENTS, INCLUDING
LIMITED COMMON ELEMENTS, EASEMENTS AND APPURTENANCES THEREUNTO
BELONGING, SITUATE, LYING AND BEING IN THE DISTRICT OF COLUMBIA,
NAMELY:

UNIT NO. 703 IN THE CONDOMINIUM KNOWN AS "VENTANA CONDOMINIUM",
ACCORDING TO THE DECLARATION OF CONDOMINIUM DATED JANUARY 31, 2006 AND
RECORDED MARCH 20, 2006 AS INSTRUMENT NUMBER 2006036189 AMONG THE LAND
RECORDS OF THE DISTRICT OF COLUMBIA, AND THE BYLAWS OF CONDOMINIUM
RELATING THERETO DATED JANUARY 31, 2006 AND RECORDED MARCH 20, 2006 AS
INSTRUMENT NUMBER 2006036190 AMONG THE LAND RECORDS OF THE DISTRICT OF
COLUMBIA, AND AS PER PLAT RECORDED IN THE OFFICE OF THE SURVEYOR FOR
THE DISTRICT OF COLUMBIA IN CONDOMINIUM BOOK 57 AT PAGE 27.

TOGETHER WITH AN UNDIVIDED PERCENTAGE SHARE INTEREST IN THE COMMON
ELEMENTS OF SAID "THE VENTANA, A CONDOMINIUM", AS SET FORTH IN SAID
DECLARATION OF CONDOMINIUM, AS AMENDED, AND THE EXHIBITS THERETO.

SAID CONDOMINIUM PROJECT IS SITUATE ON LOT 45 IN SQUARE 377 IN A
SUBDIVISION MADE BY JEMAL'S LOFTS, L.L.C., AS PER PLAT RECORDED IN
LIBER NO. 198 AT FOLIO 95 IN THE OFFICE OF THE SURVEYOR FOR THE
DISTRICT OF COLUMBIA.


BEING THE SAME PROPERTY CONVEYED TO JEMAL'S LOFTS LLC BY DEED FROM 912
F. ST. ASSOCIATES, LIMITED PARTNERSHIP, SOLE TENANTS RECORDED
08/08/2000 IN DEED BOOK  PAGE 200071070, IN THE OFFICE OF THE SURVEYOR
FOR THE DISTRICT OF COLUMBIA.

TAX ID:  0377-0045 (PARENT PARCEL)
Title# 58939
```

which has the address of 912 F Street NW Unit # 703, Washington, DC  20004

**WHEREAS,** the Deed of Trust and Note were later transferred to U.S. Bank National Association as Trustee, (hereinafter "U.S. bank") who is the current holder of the Deed of trust and Note; and

**WHEREAS,** the parties desire to resolve the matters without the risks and costs of litigation, it is hereby

**ORDERED,** that U.S. Bank's interest in the Property is hereby deemed secured in the amount of $410,000, and the remaining balance is unsecured; it is further

**ORDERED**, that only at such time a discharge Order is entered pursuance to 11 U.S.C. 1328(a) in the above captioned case, the security interest held by U.S. Bank on the Property shall be void to the extent that it exceeds $410,000, less any principal payments made during the duration of the Debtor's Chapter 13 Plan; it is further

**ORDERED**, that to the extent that this case is dismissed without an order of discharge or is converted to a case under Chapter 7, U.S. Bank and/or their assigns claim will no longer be deemed bifurcated, and will be deemed secured in the entire amount that would remain due under the original terms of the Note.

WE CONSENT:

| /s/ Renee Dyson | /s/ Ronald L. Schwartz |
|---|---|
| Renee Dyson | Ronald L. Schwartz |
| 803 Sycolin Road, Suite 301 | 4907 Niagara Road, Suite 103 |
| Leesburg, VA  20175 | College Park, MD  20740 |

Copies to:

James E. Clarke, Esquire
Renee Dyson, Esquire
Attorneys for U.S. Bank N.A.
Atlantic Law Group, LLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175

Case 08-00686    Doc 134    Filed 04/19/10    Entered 04/19/10 15:07:02    Desc Main
          Document      Page 4 of 4

Ronald L. Schwartz, Esquire
4907 Niagara Road
Suite 103
College Park , MD 20740-0005

Cynthia A. Niklas, Trustee
4545 42nd Street, N W., Suite 211
Washington, DC 20016

Olga E. Roemer
200 K Street, NW,
Apt. 213
Washington, DC 20001

**END OF ORDER**