The order below is hereby signed.

Signed: July 16, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE                                   :
OLGA E. ROEMER                          :     Chapter 13 Case No. 08-00686
    Debtor

**CONSENT ORDER REGARDING DEBTOR'S MOTION TO MODIFY PLAN, POST-
CONFIRMATION**

Upon consideration of the debtor's Motion filed May 10, 2010, and the Response/Objection of the Trustee, and the debtor's consent thereto filed July 15, 2010, together with the court record herein, it is,

ORDERED, that the debtor's Motion filed May 10, 2010 be and the same is hereby granted and this Court's Confirmation Order of March 9, 2010 confirming plan filed February 23, 2010 be and the same is hereby modified to provide for inclusion inside the plan of the post-petition arrears of approximately $4,300.00 to US Bank with 6% post-confirmation interest per annum and increased plan payments of $1,025.00 per month and increased the total minimum funding to $55,000.00.

cc:   Olga E. Roemer
      912 F Street NW #703
      Washington, DC  20004-1449

Ronald L. Schwartz
4907 Niagara Road #103
College Park, MD  20740-0005

James E. Clarke
Atlantic Law Group LLC.
803 Sycolin Road #301
Leesburg, VA 20175

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC  20016-4623